IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MIGUEL GARCIA | § | |
| | § | |
| V. | § | ACTION NO. 4:12-CV-913-Y |
| | § | |
| HILLARY RODHAM CLINTON, ET AL. | § | |

## FINAL JUDGMENT

In accordance with the order issued this same day and Federal Rule of Civil Procedure 58, all claims in this cause are DISMISSED for lack of subject-matter jurisdiction. All costs under 28 U.S.C. § 1920 are taxed against Plaintiff.

SIGNED December 18, 2012.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/ah